IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARY ANTHONY CARTER, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV423-062
)
CAPTAIN BRIAN BARRS, Captain of )
Jail Division, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's April 25, 2023, Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Plaintiff Gary Anthony Carter, Jr.'s Complaint is **DISMISSED WITHOUT PREJUDICE** for his failure to obey the Court's orders and to prosecute this case. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of May 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).