AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| GARY ANTHONY CARTER, JR., <br><br> Plaintiff, <br><br> V. <br><br> CAPTAIN BRIAN BARRS, Captain of Jail Division, <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NUMBER: CV 423-062 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 26, 2023 Order adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's complaint is dismissed without prejudice.  This case stands closed.



5/26/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020